UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  
JULIE ANN YOUNGREN,  
Debtor

Case No: 17-17355 - TBM

Chapter 7

HSBC BANK USA, N.A., AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1 and its SUCCESSORS, ASSIGNS, SERVICERS, TRUSTEES AND INVESTORS,  
Creditor  
vs.  
JULIE ANN YOUNGREN and KEVIN P KUBIE, Trustee  
Respondents

## Notice of Withdrawal of Motion for Relief from Stay

HSBC BANK USA, N.A., AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1, has received funds from the Debtor, and therefore hereby withdraws the Motion for Relief from Stay it filed in this case.

Dated: November 22, 2017

Janeway Law Firm, P.C.  
Attorneys for HSBC BANK USA, N.A., AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1

Lynn M. Janeway #15592  
David R. Doughty #40042  
Elizabeth S. Marcus #16092  
Alison L. Berry #34531  
Nicholas H. Santarelli #46592  
9800 S. Meridian Blvd., Suite 400  
Englewood, CO 80112  
Phone: (303) 706-9990 Fax: (303) 706-9994  
bankruptcy@janewaylaw.com  
JLF No.: 17-016060

Certificate of Service

The undersigned hereby certifies that on _11/22/17_ a copy of the Notice of Withdrawal of Motion for Relief from Stay was deposited into U.S. mail in an envelope with prepaid, first class postage and addressed as follows:

JULIE ANN YOUNGREN
2130 ALICIA PT
#203
COLORADO SPRINGS, CO 80919

DANIEL K. USIAK, JR.
18 E. WILLAMETTE AVE.
COLORADO SPRINGS, CO 80903

KEVIN P KUBIE
PO BOX 8928
PUEBLO, CO 81008-8928

_____
Amanda Bishop